UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Tax ID#11-2671938

**Hearing date: 2/4/15**
**Time: 9:30 a.m.**

--------------------------------------------------------x

In Re:

GINA REIS,

Chapter 7

Case No.: 14-74627-reg

                              Debtors.

--------------------------------------------------------x

<u>NOTICE OF MOTION OF PROPOSED ABANDONMENT</u>

SIR/MADAM:

      **PLEASE TAKE NOTICE**, that upon the annexed application of Gina Reis ("Movant") herein, by her attorneys, Macco & Stern, LLP, a hearing will come on to be heard before the Honorable Robert E. Grossman, Bankruptcy Judge of United States Bankruptcy Court, in his courtroom 860 located at the Eastern District of New York, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722. on the **4th day of February, 2015 at 9:30 a.m.** or as soon thereafter as counsel can be heard, for an order authorizing the abandonment of the trustee's and estate's right, title and interest in and to the property located at 557 N. Monroe Avenue, Lindenhurst, New York 11757 ("the real property").

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order must be in writing and filed with the Clerk of the Court, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-242), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at 631-712-6200, Monday through Friday, 8:30 a.m. to 5:00 p.m. ) through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using

Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASC II) format.  An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.  A hard copy of the objection, whether filed pursuant to section (a), (b), or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert E. Grossman, and Macco & Stern, LLP, 135 Pinelawn Road, Suite 120S, Melville, New York 11747 no later than **January 30 , 2015.**

       **PLEASE TAKE FURTHER NOTICE**,   that answering papers if any, must be served and filed at least three (3) business days before the return date of the Motion.

Dated:  Melville, New York
      December 8, 2014

                  MACCO & STERN, LLP
                  Attorneys for Movant
                  By:  _/s/ Richard L. Stern__ _____
                         RICHARD L. STERN
                         A Member of the Firm
                         135 Pinelawn Road
                         Suite 120 South
                         Melville, New York 11747
                         (631) 549-7900

TO:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722


Andrew M. Thaler
Chapter 7 Trustee

Thaler Law Firm PLLC
675 Old Country Road
Westbury, NY  11590

All creditors and parties in interest

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In Re:

                                     Chapter 7

GINA REIS,

                                     Case No.:  14-74627-reg


                                **APPLICATION IN SUPPORT OF**
             Debtor.             **MOTION TO ABANDON**
                                **ESTATE'S INTEREST IN REAL**
                                **PROPERTY**


--------------------------------------------------------x
TO:     THE HONORABLE ROBERT E. GROSSMAN
          UNITED STATES BANKRUPTCY JUDGE

## BACKGROUND

Gina Reis, by her attorneys Macco & Stern, LLP sets forth as follows:

1. The Debtor, Gina Reis filed a chapter 7 bankruptcy proceeding on October 10, 2014.

2. Andrew M. Thaler has been appointed Trustee of this estate.

3. At the time of the filing of the bankruptcy, the bankruptcy schedules reflected that the Debtor owned property at 557 N. Monroe Avenue, Lindenhurst, New York ("the real property").

4. The Debtor owns the property as Tenancy by the Entirety with her non-filing spouse. The Debtor is currently in a mediation process to obtain a divorce from her husband.

5. As is set forth in Schedule A of the petition, the Debtor has valued the property at $298,207.00. **(See Exhibit A)**

6. The amount of secured indebtedness reflected on the bankruptcy petition is the sum of $45,194.52.

7. There is also a judgment lien from First National Bank of Omaha on Schedule D for the sum of $5,194.52 against the Debtor. **(See Exhibit B)**

8.  Debtor has also asserted a homestead exemption under New York State CPLR Rule 5206 for the sum of $150,000.00.

9.  Based on her equity interest in the real property; the current valuation; the current mortgage balance due, and the lien on the property; there is no equity to and for the benefit of the estate.

10.  The Debtor seeks the abandonment of any interest the Trustee may assert in the residence so issues as to that property may be determined and resolved through the mediation proceeding and divorce proceeding.

WHEREFORE it is respectfully requested that the proposed annexed order authorizing the abandonment of the property described herein be granted together with such other and further relief as this court deems just and proper.

Dated:  Melville, New York
       December 8, 2014

                                   MACCO & STERN, LLP
                                   Attorneys for Movant
                                   Gina Reis
                                   135 Pinelawn Road
                                   Suite 120 South
                                   Melville, New York  11747
                                   (631) 549-7900
                                   /s/ Richard L. Stern

                                   By:_____
                                    RICHARD L. STERN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:

GINA REIS,

Chapter 7

Case No.: 14-74627-reg

                    Debtor.

**ORDER OF ABANDOMENT**

--------------------------------------------------------X

       Gina Reis, by her attorneys Macco & Stern, LLP. having moved this court by notice of

motion dated December 8, 2014 for an order pursuant to Bankruptcy Rule 6607 and Section 554

of the Bankruptcy Code requesting that the Trustee and the estate abandon any right, title and

interest that may asserted in and to the real property located at  557 N. Monroe Avenue,

Lindenhurst, New York 11757 and there being no equity available to and for the benefit of the

bankruptcy estate, and this matter having come on for a hearing before this Court on  February 4,

2015 and no opposition having been interposed to the motion, it is

       ORDERED that the Trustee's right, title and interest in and to any interest or claim with

respect to the property located at 557 N. Monroe Avenue, Lindenhurst, New York is abandoned.

Dated:  Central Islip, New York
             , 2015

_____

ROBERT E. GROSSMAN
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:

                                       Chapter 7

GINA REIS,

                                       Case No.:  14-74627-reg

                    Debtor.                        **<u>AFFIDAVIT OF SERVICE</u>**

-------------------------------------------------------------X
STATE OF NEW YORK  )
                         ss: )
COUNTY OF SUFFOLK )

      JEANETTE HODGINS,  being duly sworn, deposes and says that deponent is not a party to the above-captioned action, is over the age of 18 years and resides at East Northport, New York.

      On  December 8, 2014, Deponent served the within **Notice of Motion for Proposed Abandonment** proceeding upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

Andrew M. Thaler, Chapter 7 Trustee
Thaler Law Firm PLLC
675 Old Country Road
Westbury, NY  11590

Gina Reis
Debtor and Movant
557 N. Monroe Avenue
Lindenhurst, NY  11757

See annexed list

                                                   /s/ Jeanette Hodgins_____
                                                   JEANETTE HODGINS

Sworn to me before this
    8th    day of December, 2014
 /s/ Richard L. Stern_____
Notary Public
Richard L. Stern
Notary Public, State of New York
 No. 02ST4665096, Suffolk County
Commission Expires April 30, 2018